# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Maurice Chapman                                              Docket No. 4:05-CR-88-1H

### Petition for Action on Supervised Release

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Chapman, who, upon an earlier plea of guilty to Possession of a Firearm by Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on May 2, 2006, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as directed by the probation office.

4. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Maurice Chapman was released from custody on January 25, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Pursuant to a positive test for marijuana on February 2, 2010, a 2 day DROPS sanction designation was requested and the court was advised of this action on March 4, 2010. Due to staffing issues at the Community Corrections Office, the sanction was not scheduled

Maurice Chapman
Docket No. 4:05-CR-88-1H
Petition For Action
Page 2

to begin until June 19, 2010, at the New Hanover County Detention Center. Chapman is in the process of getting his driver's license reinstated; however, he does not currently have access to dependable transportation. On the morning which the offender was scheduled to report for jail, his friend was called into work and was unable to provide him a ride to Wilmington as previously arranged. Based upon Chapman's lack of dependable transportation, the significant time elapsed since the positive test and the offender's favorable employment and treatment efforts, it is recommended the 2 day DROPS sanction be substituted with 16 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The two day DROPS sanction pending service by the defendant is hereby canceled.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dennis E. Albertson
Dennis E. Albertson
Senior U.S. Probation Officer
413 Middle Street, Room 108
New Bern, NC 28560-4930
Phone: (252) 638-4944
Executed On: July 21, 2010

Maurice Chapman
Docket No. 4:05-CR-88-1H
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 22nd day of July, 2010, and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge